IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JOHN CHRISTOPHER WILKERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 323-072 |
| | * | |
| REGIONAL DIRECTOR RONALD SHEPARD, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

Plaintiff John Christopher Wilkerson did not like the dismissal of the lawsuit he filed in this district, namely Wilkerson v. Shepard, Case No. 3:23-CV-003 (S.D. Ga. Jan. 23, 2023) (the "dismissed case"). Specifically, the case was dismissed after his refusal to file an amended complaint on the standard complaint form supplied to him *twice*. (Id., Orders of June 5 and June 20, 2023, Doc. Nos. 19 & 24.) The Court did so without prejudice, suggesting that Plaintiff could refile his case if he became willing to pursue it in accordance with the rules and directives of the Court. (Id., Report and Recommendation, Doc. No. 26, at 4.)

Rather than file appropriate objections to the Report and Recommendation, which should have included an attempt to file an

amended complaint on the standard form, Plaintiff filed an unmeritorious motion for default judgment. Also, as relevant here, Plaintiff sent a letter to the Clerk's Office of the Northern District of Georgia, complaining that the Defendants in the dismissed case are "working together" with the Southern District of Georgia to "cancel" his civil suit so that they could "reap the benefits of my $100 billion dollars." (See Doc. Nos. 1 & 2.) The Northern District construed Plaintiff's filings as a complaint, opened a case, and promptly transferred it to this district, whereupon the Clerk's Office of the Southern District duly opened the instant civil case.

I have reviewed this matter and conclude that it is utterly frivolous. I find that the letter filed in the Northern District is not a complaint. Notably, I am certain the Northern District would have required an amended complaint on its own standard complaint form had the "case" proceeded there. Plaintiff has already shown a propensity to non-compliance, and his conspiracy theories and attendant allegations are outlandish and incredible. For these reasons, and given the Court's inherent power to control its docket and to protect its resources, the Clerk is **ORDERED** to **CLOSE** the captioned case without delay. To the extent that Plaintiff's filings in the Northern District may be construed as a motion to reconsider the dismissal of the dismissed case, such

motion is **DENIED** as Plaintiff has not complied with the Court's directives and offers no excuse for his failure to do so.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE